**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Tina Ann Childers, ) | |
| ) | |
|    Plaintiff, ) | Civil Action File No.: |
| ) | 1:24-cv-04824-MHC-JSA |
| ) | |
| v. ) | |
| ) | |
| Equifax Information Services, LLC ) | |
| and 21st Mortgage Corporation, ) | |
| ) | |
|    Defendants. ) | |
| ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO 21ST MORTGAGE CORPORATION ONLY**

    Plaintiff, Tina Ann Childers, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses, **with prejudice**, all claims against Defendant, 21st Mortgage Corporation, in this case. As indicated by the signature of its counsel below, 21st Mortgage Corporation stipulates to Plaintiff's voluntary dismissal of the instant matter.

    It is further stipulated that each party shall bear its own costs and attorneys' fees incurred in this matter.

    This 9th day of January, 2025.

*[Signatures Appear on Following Page]*

| **BERRY & ASSOCIATES** | **GODWIN LAW GROUP** |
|---|---|
| */s/ Matthew Berry* | */s/ Jason B. Godwin* |
| Matthew Berry, GA Bar No.: 055663 | Jason B. Godwin, |
| matt@mattberry.com | GA Bar No.: 142226 |
| Telephone: (404) 235-3334 | jgodwin@godwinlawgroup.com |
| | Telephone: 770-448-9925 |
| 2751 Buford Highway, Suite 600 | 770-448-9958 |
| Atlanta, GA 30324 | 3985 Steve Reynolds Boulevard |
| | Building D |
| */s/ Chris Armor* | Norcross, Georgia 30093 |
| Christopher N. Armor | |
| Georgia Bar No.: 614061 | *Counsel for Defendant* |
| P.O. Box 509 | |
| Londonderry, Vermont 05148 | |
| Ph. (651) 208-6441 | |
| Chris.armor@armorlaw.com | |

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2025, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
mberry@mattberry.com

2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305

*/s/ Chris Armor*
Chris Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*